143 So. 836

**Paul JONES v. STATE.**

**7 Div. 876.**

Court of Appeals of Alabama.

June 7, 1932.

Rehearing Denied June 30, 1932.

Riddle & Riddle, of Talladega, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.

Affirmed.